IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

GALVESTON DIVISION

| | | |
|---|---|---|
| WILLIE THOMPSON | § | |
| | § | |
| v. | § | CIVIL ACTION NO. G-05-362 |
| | § | |
| JO ANNE B. BARNHART, | § | |
| COMMISSIONER OF SOCIAL SECURITY | § | |

## ORDER

Before the Court is the Report and Recommendation of the United States Magistrate Judge entered on September 1, 2006, to which the Commissioner has not filed Objections despite having been given ample time to do so.

Having given this matter *de novo* review under 28 U.S.C. § 636(b)(1)(C), this Court finds that the Magistrate Judge's Report and Recommendation should be, and it is hereby, **ACCEPTED** in its entirety and incorporated by reference herein. Accordingly, Plaintiff's Motion for Summary Judgment (Instrument No. 9) is **GRANTED** and that Defendant's Motion for Summary Judgment (Instrument No. 10) is **DENIED**; and this action is hereby **REMANDED** to the Social Security Administration for further proceedings pursuant to 42 U.S.C. § 405(g).

**DONE** at Galveston, Texas this 26th day of September, 2006.

_____
Samuel B. Kent
United States District Judge